**Opinion issued February 13, 2020**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-19-00482-CV

_____

**TERRY GLENN AVERETT, Appellant**

**V.**

**HUFFMAN INDEPENDENT SCHOOL DISTRICT, Appellee**

On Appeal from the 234th District Court
Harris County, Texas
Trial Court Case No. 2018-52469

## MEMORANDUM OPINION

Appellant, Terry Glenn Averett, proceeding pro se, has filed a notice of appeal of the trial court's final judgment entered in favor of appellee, Huffman Independent School District, in its suit for delinquent ad valorem taxes.

We dismiss the appeal.

On August 26, 2019, Averett filed his appellant's brief. *See* TEX. R. APP. P. 38.1. On November 14, 2019, we notified Averett that his brief did not comply with the requirements of Texas Rule of Appellate Procedure 38.1, struck the brief, and ordered him to file a compliant brief within thirty days of our order. *See id.* 38.1, 38.9(a); *see also Wheeler v. Green*, 157 S.W.3d 439, 444 (Tex. 2005); *Green v. Midland Mortg. Co.*, 342 S.W.3d 686, 692 n.7 (Tex. App.—Houston [14th Dist.] 2011, no pet.) (although we construe pro se appellate briefing liberally, party proceeding pro se must comply with all applicable procedural rules). We informed Averett that if he failed to file a compliant brief in accordance with our order, we would dismiss his appeal for want of prosecution or failure to comply with a requirement of the rules of appellate procedure or an order from this Court. *See* TEX. R. APP. P. 38.3(a), 42.3.

Because in the interim Averett provided this Court with a change of address, on December 20, 2019, we notified Averett at his new address that his appellant's brief had been struck because it did not comply with the requirements of Texas Rule of Appellate Procedure 38.1, and we ordered him to file a compliant brief. *See id.* 38.1, 38.9(a). We also informed him that if he failed to file a compliant brief in accordance with our order, we would dismiss his appeal for want of prosecution or failure to comply with a requirement of the rules of appellate procedure or an order from this Court. *See id.* 38.3(a), 42.3. Averett did not file a brief.

When an appellant fails to file a brief, we may dismiss his appeal for want of prosecution. *See id.* 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, Averett did not timely file a brief or respond. Accordingly, we dismiss the appeal. *See id.* 42.3, 43.2(f). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau and Countiss.